1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE and ROGER WHITE, | CASE NO. 2:23-cv-01761-JHC |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Re-Note and Continue Plaintiff's Motion to Strike Affirmative Defenses. Dkt. # 11. As discussed during the telephone conference earlier today, the Court GRANTS the motion. The Court DIRECTS the Clerk to re-note Plaintiff's Motion to Strike Defendants' Affirmative Defenses for February 2, 2024. As discussed, Defendants may not file another response to Plaintiff's motion to strike, and Plaintiff may have until February 2, 2024, to file her reply. By January 29, 2024, Defendants' must file a word-count certification in accordance with LCR 7(e)(6) and a certificate of service with respect to their Response to Motion to Strike Affirmative Defenses (Dkt. # 10).

/

/

ORDER - 1

Dated this 26th day of January, 2024.

John H. Chun
United States District Judge

ORDER - 2