THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MELISSA WHITE,<br>ROGER WHITE,<br><br>          Plaintiffs,<br><br>   vs.<br><br>KING COUNTY SHERIFFS OFFICE,<br>TYLER HUNT in both his official and individual capacity,<br>JEFFREY PETRENCHAK in both his official and individual capacity,<br>ENRICO DONAGLIA in both his official and individual capacity,<br>STEVEN MINTERS in both his official and individual capacity, and<br>MITZI JOHANKNECHT in both her official and individual capacity<br><br>          Defendants. | No. 23-cv-01761-JHC<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to File Amended Pleading. Dkt. # 25. Defendants do not oppose the motion. Dkt. # 26. The Court GRANTS the motion. Plaintiffs shall file and serve their amended complaint on Defendants by Friday, March 8, 2024. The Court STRIKES as moot Plaintiffs' Motion to Strike Affirmative Defenses at Dkt. # 9.

/

ORDER - 1

DATED this 28th day of February, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2