UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE and ROGER WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01761-JHC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (DKT. # 23) |

Before the Court is Plaintiffs' response to the Court's February 6, 2024 order to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. *See* Dkt. ## 23, 24. In response to the Court's order, Plaintiffs have submitted an amended complaint, *see* Dkt. # 29, removing any claims related to the arrest of their son, Killian White. Plaintiffs now base their case on the alleged trespass by King County Sheriff's Office deputies on to the curtilage of their home, *see* Dkt. # 30 at 19 ¶ 122, 22 ¶ 146, which they contend led to the deputies' impermissible electronic "search" of the license plate of a vehicle parked on their curtilage and outside of plain view, *see id.* at 19 ¶ 126, 22 ¶ 147. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is 'to be liberally construed' and 'a *pro se*

ORDER DISCHARGING ORDER TO SHOW CAUSE (DKT. # 23) - 1

complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers[.]") (citations omitted).

Accordingly, and in light of the amended complaint, *see* Dkt. ## 25, 26, 27, 29, relevant briefing, *see* Dkt. ## 24, 28, and applicable law, the Court DISCHARGES its order to show cause. Dkt. # 23.

Dated this 18th day of March, 2024.

*John H. Chun*
John H. Chun
United States District Judge