UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE and ROGER WHITE,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01761-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court has received via email pro se Plaintiffs' request for a telephonic conference regarding Defendants' reply brief. See Dkt. # 45. Based on the materials emailed to the Court regarding the issue, the Court is not inclined to strike that brief. And the Court DENIES the request for a telephonic hearing.

(2) The Clerk is directed to forward a copy of this Order to the parties.

/

/

/

MINUTE ORDER - 1

Dated this 30th day of July 2024.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2