THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MELISSA WHITE,<br>ROGER WHITE,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>KING COUNTY SHERIFFS OFFICE,<br>TYLER HUNT in both his official and individual capacity,<br>JEFFREY PETRENCHAK in both his official and divic capacity,<br>ENRICO DONAGLIA in both his official and individual capacity,<br>STEVEN MINTERS in both his official and individual capacity, and<br>MITZI JOHANKNECHT in both her official and individual capacity<br><br>　　　　　　Defendants. | No. 23-cv-01761-JHC<br><br>ORDER |

THIS MATTER comes before the Court on "Plaintiffs' Motion for Judicial Notice Pursuant to Federal Rules of Evidence Rule 201." Dkt. # 44. The Court considers the lack of opposition to the motion as a concession that it has merit. The Court GRANTS the motion. The Court takes judicial notice of:

1. King County Sheriff General Orders Manual, Chapter 1.03;

2. King County Sheriff General Orders Manual, Chapter 12.04; and

ORDER - 1
23-cv-01761-JHC

3. King County Sheriff General Orders Manual, Law Enforcement Code of Ethics.

DATED this 5th day of August, 2024.

_____
John H. Chun
United States District Judge