1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA WHITE and ROGER WHITE,

                Plaintiffs,

    v.

KING COUNTY SHERIFF'S OFFICE, et al.,

                Defendants.

CASE NO. 2:23-cv-01761-JHC

ORDER

Before the Court is pro se Plaintiffs' "Motion for Judicial Notice of Controlling 9th Circuit Precedent Pursuant to Federal Rules of Evidence Rule 201." Dkt. # 48. The Court STRIKES the motion as procedurally improper. In any event, the parties can rest assured that the Court will consider the governing law in analyzing issues in this matter.

Dated this 20th day of August, 2024.

John H. Chun
John H. Chun
United States District Judge