THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MELISSA WHITE,<br>ROGER WHITE,<br><br>                                Plaintiffs,<br><br>vs.<br><br>KING COUNTY SHERIFFS OFFICE,<br>TYLER HUNT in both his official and individual capacity,<br>JEFFREY PETRENCHAK in both his official and individual capacity,<br>ENRICO DONAGLIA in both his official and individual capacity,<br>STEVEN MINTERS in both his official and individual capacity, and<br>MITZI JOHANKNECHT in both her official and individual capacity<br><br>                                Defendants. | No. 23-cv-01761-JHC<br><br>STIPULATED MOTION TO STAY DISCOVERY PENDING THE OUTCOME OF DEFENDANTS' FRCP 12(c) MOTION TO DISMISS AND ORDER TO STAY |

## I. STIPULATION

For good cause shown and pursuant to Federal and Local Rule of Civil Procedure 16(b)(6), and this Court's broad discretion over discovery matters, Plaintiff Melissa White and Roger White, and Defendants King County Sheriff's Office, Tyler Hunt, Jeffrey

STIPULATED MOTION TO STAY DISCOVERY PENDING
THE OUTCOME OF DEFENDANTS' FRCP 12(c) MOTION
TO DISMISS AND ORDER TO STAY - 1
No. 23-cv-01761-JHC

Petrenchak, Enrico Donaglia, Steven Minters, and Mitzi Johankencht, (collectively "the County Defendants") respectfully and jointly move the Court for entry of an order staying all discovery deadlines in this matter until a decision has been issued on the Defendants' FRCP 12(c) motion to dismiss. (Dkt. 42)

For good cause shown and with the Court's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6). Further, this Court has "broad discretion to stay discovery pending the resolution of potentially dispositive motions." *See Dorian v. Amazon Web Services, Inc.*, No. 2:22-cv-00269, 2022 WL 3155369, *1 (W.D. Wash Aug. 8, 2022); *see also Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988); *Taylor v. McDonough*, Case No. 20-5471 RJB, 2021 WL 9649333 (W.D. Wash. May 17, 2021).

On August 15, 2024, the parties conferred regarding the status of discovery. The parties have cooperatively exchanged written discovery thus far, and the next step in discovery will involve depositions and then expert disclosures and reports. Depositions, and preparation thereof, involve significant time and expense for any party. Similarly, preparation of expert reports will also require the parties and their experts to expend significant time and resources. The parties have agreed to respond to outstanding discovery requests.

The parties also conferred about the efficiency of any further discovery, written or otherwise, while the motions to dismiss are pending. The parties agree that, rather than

seeking further extensions of the case deadlines, and potentially expending time and resources on multiple stipulations to continue, a more efficient course of action would be to file a stipulated motion to stay discovery pending the outcome of the Defendants' motion to dismiss. Once a decision has been issued, if necessary, the parties will confer and prepare a new case schedule for the Court's consideration, beginning with the Deadline for Amended Pleadings, as Plaintiff wishes to preserve her ability to amend the pleadings should the need arise.

The parties now jointly move the Court for an order to that effect.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All discovery deadlines in this case shall be stayed until the Court issues a decision on the pending motion to dismiss filed by the County Defendants (Dkt. 42).

2. After the Court has issued a decision on the aforementioned motion to dismiss, if applicable, the parties shall confer and submit to the Court a stipulated order lifting the stay and proposing a new case schedule under which discovery will be completed, beginning with the Deadline for Amended Pleadings.

*I hereby certify that this memorandum contains 469 words in compliance with Local Civil Rules.*

IT IS SO STIPULATED.

DATED this 26th day of August 2024.

//

//

LEESA MANION (she/her)
King County Prosecuting Attorney

By: */s/ Karissa L Taylor*
KARISSA L. TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1213/Fax: (206) 296-0191
Email: karissa.taylor@kingcounty.gov

By: */s/ Melissa White (as per email authorization)*
Melissa White, Pro Se Plaintiff
Melissa White
31633 202nd AVE SE
Kent, WA 98042
mlwhite2@protonmail.com

# ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that:

1. All discovery deadlines in this case shall be stayed until the Court issues a decision on the pending motion to dismiss filed by the County Defendants (Dkt. 42).

2. After the Court has issued a decision on the aforementioned motions to dismiss, if applicable, the parties shall confer and submit to the Court a stipulated order lifting the stay and proposing a new case schedule under which discovery will be completed, starting with the Plaintiff's deadline to amend pleadings.

DATED this 27th day of August, 2024.

*John H. Chun*
John H. Chun
United States District Judge