1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8  MELISSA WHITE and ROGER WHITE,          CASE NO. 2:23-cv-01761-JHC

9                    Plaintiffs,           ORDER

10          v.

11  KING COUNTY SHERIFF'S OFFICE, et al. ,

12                   Defendants.

13

14       This matter comes before the Court on King County Defendants' Fed. R. Civ. P. 12(c)

15  Motion to Dismiss.  Dkt. # 42.  The briefing on the motion addresses the issue of a law

16  enforcement officer's "implied license . . . to approach a resident to speak to the occupants."

17  Dkt. # 42 at 5 (citing *Florida v. Jardines*, 569 U.S. 1 (2013)).  The briefing does not address,

18  however, the Ninth Circuit's discussion in *United States v. Lundin*, 817 F.3d 1151, 1158–60

19  (2016), nor does it discuss the application of RCW § 10.99.030 and RCW § 10.31.100.

20       In light of *Lundin* and the above statutes, the Court ORDERS supplemental briefing on

21  this issue.

22       Defendants' brief must not exceed 2,100 words and must be filed by 5:00 p.m. on

23  September 13, 2024.

24

ORDER - 1

1

2

     Plaintiffs' brief must not exceed 2,100 words and must be filed by 5:00 p.m. on September 20, 2024.

3

4

     The Court DIRECTS the Clerk to re-note Defendants' motion to dismiss (Dkt. # 42) for September 20, 2024.

5

     Dated this 6th day of September, 2024.

6

7

               John H. Chun
               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2