1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE, ET AL, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY SHERIFF'S OFFICE, ET AL, <br><br> Defendants. | ) <br> ) <br> ) **Case No.: 2:23-cv-01761-JHC** <br> ) <br> ) **STIPULATED MOTION FOR NEW** <br> ) **SCHEDULING ORDER AND ORDER** <br> ) <br> ) <br> ) **NOTING DATE DECEMBER 9th, 2024** <br> ) <br> ) |

### I.    STIPULATION

Pursuant to the Courts Order filed on August 27th, 2024, both the Plaintiffs and Defendants come forth with a Stipulated Scheduling Order hereby lifting the stay of discovery and proposing this new "schedule under which discovery will be completed, starting with the Plaintiff's [sic] deadline to amend pleadings" listed below. Dkt. 52 at 4.

### NEW PROPOSED SCHEDULING ORDER

1. JURY TRIAL DATE is to be set on or after September 30, 2025, based upon the availability of the Court's calendar.

2. Amended Pleadings are due 03/31/2025.

3. Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 04/30/2025.

4. All Motions Related to Discovery Due by 04/30/2025.

5. Discovery Completed by 05/30/2025.

I certify that this memorandum contains 104 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

DATED this 9th day of December 2024.

LEESA MANION
King County Prosecuting Attorney

By: */s/ Karissa L. Taylor*  
KARISSA L. TAYLOR, WSBA #31563  
Senior Deputy Prosecuting Attorney  
Attorney for Defendant King County  
701 Fifth Avenue, Suite 600  
Seattle, WA 98104  
Tel: (206) 477-1213/Fax: (206) 296-0191  
Email: karissa.taylor@kingcounty.gov

By: */s/ Melissa White (as per email authorization)*  
Melissa White, Pro Se Plaintiff  
Melissa White  
31633 202nd AVE SE  
Kent, WA 98042  
mlwhite2@protonmail.com

Page 2 of 3
STIPULATED MOTION FOR NEW SCHEDULING ORDER
AND ORDER SETTING DISCOVERY SCHEDULE

Case no. 2:23-cv-01761-JHC

**ORDER**

Based on the foregoing stipulation and the Court's trial calendar, the Court ORDERS that the new jury trial date in this matter is November 17, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order based on the Court's standard pretrial schedule; the new schedule shall include deadlines that have passed, dating back to the deadline for joining additional parties.

DATED this 9th day of December, 2024.

_____
John H. Chun
United States District Judge