```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

       DEC 27 2024   AC

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MELISSA WHITE, ET AL,

    Plaintiff,

v.

KING COUNTY SHERIFF'S OFFICE, ET AL,

    Defendants.

Case No.: 2:23-cv-01761-JHC

**STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 68, PLAINTIFFS SECOND AMMENDED COMPLAINT AND [PROPOSED] ORDER**

NOTING DATE DECEMBER 27th, 2024

## I. STIPULATION

Plaintiffs together with Defendants hereby request for the leave of the Court to re-note and adjust the following deadline:

1. Defendants Answer to Plaintiffs Second Amended Complaint (Dkt. 68) is to be filed and served on January 6th, 2025.

Page 1 of 3
STIPULATED MOTION FOR RELIEF FROM DEADLINE
FOR DEFENDANTS REPSONSE TO DKT 68, PLAINTIFFS
SECOND AMMENDED COMPLAINT AND [PROPOSED]
ORDER

Melissa L. White, (206)304-2261
31633 202nd AVE SE
Kent, WA 98042

Case no. 2:23-cv-01761-JHC

I certify that this memorandum contains 36 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

    DATED this 27 day of December 2024.

LEESA MANION
King County Prosecuting Attorney

By: _____
KARISSA L. TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1213/Fax: (206) 296-0191
Email: karissa.taylor@kingcounty.gov

By: _____
Melissa White, Pro Se Plaintiff
Melissa White
31633 202nd AVE SE
Kent, WA 98042
mlwhite2@protonmail.com

Page 2 of 3
STIPULATED MOTION FOR RELIEF FROM DEADLINE
FOR DEFENDANTS REPSONSE TO DKT 68, PLAINTIFFS
SECOND AMMENDED COMPLAINT AND [PROPOSED]
ORDER

Melissa L. White, (206)304-2261
31633 202nd AVE SE
Kent, WA 98042

Case no. 2:23-cv-01761-JHC

# ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that:

1. Defendants answer to Plaintiffs Second Amended Complaint (Dkt. 68) is due by 1/06/25.

ENTERED this 30th day of December, 2024.

*John H. Chun*
The Honorable John H. Chun
United States District Judge

Page 3 of 3

STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS REPSONSE TO DKT 68, PLAINTIFFS SECOND AMMENDED COMPLAINT AND [PROPOSED] ORDER

Melissa L. White, (206)304-2261
31633 202nd AVE SE
Kent, WA 98042

Case no. 2:23-cv-01761-JHC