UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE; ROGER WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01761-JHC<br><br>ORDER DENYING PLAINTIFFS' MOTION TO CONSOLIDATE CASES |
| KILLIAN WHITE; DAMON WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00618-JHC |

This matter comes before the Court on "Plaintiffs' Joint Motion to Consolidate Cases Under FRCP 42 and to Extend the Deadlines of this Motion."[1]  2:23-cv-01761-JHC, Dkt. # 71;

---

[1] The Court GRANTS Plaintiffs' motion to extend the deadline for Defendants' response to be filed by January 17, 2025 and Plaintiffs' reply to be filed by January 27, 2025.  2:23-cv-01761-JHC, Dkt. # 71 at 2.

ORDER DENYING PLAINTIFFS' MOTION TO CONSOLIDATE CASES - 1

2:24-cv-00618-JHC, Dkt. # 60.  Plaintiffs seek consolidation of *Melissa White v. King County Sheriff's Office*, No. 2:23-cv-01761-JHC, and *Killian White v. King County Sheriff's Office*, No. 2:24-cv-00618-JHC.

Under Federal Rule of Civil Procedure 42(a), the Court may consolidate cases when they involve a common question of law or fact.  "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."  *Hall v. Hall*, 584 U.S. 59, 77 (2018).  In determining whether to consolidate cases, courts consider whether consolidation would serve "judicial economy," "expedite resolution of the case," or avoid "inconsistent results."  *See Johnson v. Monts*, 2024 WL 115683, at *1 (W.D. Wash. Jan. 10, 2024) (quoting 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2383 (3d ed., Apr. 2022 Update)).

The Court DENIES the motion to consolidate because the two cases present enough differences such that consolidation is not necessary at this time.

Dated this 18th day of February, 2025.

John H. Chun
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION TO CONSOLIDATE CASES - 2