UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE and ROGER WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY SHERIFF'S OFFICE et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01761-JHC<br><br>ORDER |

Before the Court is Plaintiffs' "Motion for Leave to File 3rd Amended Pleading." Dkt. # 80. The motion is unopposed. *See* LCR 7(b)(2). The Court GRANTS the motion. Plaintiffs may file their amended pleading on or before April 15, 2025. The Court STRIKES as moot King County Defendants' Fed. R. Civ. P. 12(c) Motion to Dismiss. Dkt. # 77. King County Defendants may seek to file another Rule 12(c) motion.

Dated this 1st day of April, 2025.

John H. Chun
United States District Judge

ORDER - 1