UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITE et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY SHERIFF'S OFFICE et al., <br><br> Defendants. | CASE NO. 2:23-cv-01761-JHC <br><br> ORDER |

Before the Court is pro se Plaintiff's "Motion for Emergency LCR 7(i) Telephonic Motion to Strike and Motion for Leave to File Overlength Reply Brief." Dkt. # 111. The Court has considered the motion, the record, and the governing law. The Court declines to hold a telephonic hearing or to strike the brief at Dkt. # 107. But Plaintiffs may file a reply brief in support of their motion for leave to amend on or before Tuesday, October 14, 2025, and that brief may contain up to 4,200 words.

Dated this 9th day of October, 2025.

John H. Chun
United States District Judge

ORDER - 1