UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITE et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KING COUNTY SHERIFF'S OFFICE et al.,<br><br>　　　　Defendants. | CASE NO. 2:23-cv-01761-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's "LCR 7(f) Motion for Leave to File Overlength Reply Brief in Response to Dockets 107 and 109." Dkt. # 113. Plaintiffs may file a reply brief in support of their motion for leave to amend on or before Tuesday, October 14, 2025, and that brief may contain up to 4,200 words.

*[signature]*

John H. Chun
United States District Judge

ORDER - 1