UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITE et al., | CASE NO. 2:23-cv-01761-JHC |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to File 4th Amended Pleading.  Dkt. # 105.  The motion is unopposed.  *See generally* Dkt.  Under Local Civil Rule 7(b)(2), "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."  Accordingly, the Court GRANTS Plaintiffs' motion.  Plaintiffs may file their amended pleading on or before October 29, 2025.

Dated this 15th day of October, 2025.

John H. Chun
United States District Judge

ORDER - 1