UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA WHITE, ET AL,

    Plaintiff,

v.

KING COUNTY SHERIFF'S OFFICE, ET AL,

    Defendants.

Case No.: 2:23-cv-01761-JHC

**STIPULATED MOTION FOR NEW DISCOVERY MOTIONS DEADLINE AND ORDER SETTING DISCOVERY DEADLINE**

NOTING DATE:
October 27th, 2025

## I.     STIPULATION

Pursuant to the agreement of the parties in anticipation of conducting depositions in the coming weeks, the parties agree to extend the discovery motions deadline to November 19th, 2025. The extension is only limited in scope that any disputes that are raised arise from the upcoming depositions only.

### NEW PROPOSED SCHEDULING ORDER

1. Discovery Motions Due by 11/19/2025.

2. Discovery Completed by 11/21/2025.

I certify that this memorandum contains 65 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

DATED this 27th day of October 2025.

LEESA MANION
King County Prosecuting Attorney

By: /s/ John R. Zeldenrust
Santiago Viola Villanueva, WSBA #54071
John R. Zeldenrust, WSBA #19797
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1213/Fax: (206) 296-0191
sviolavillanueva@kingcounty.gov
John.Zeldenrust@kingcounty.gov
Attorneys for Defendants

By: /s/ Melissa White
Melissa White, Pro Se Plaintiff
31633 202nd AVE SE
Kent, WA 98042
mlwhite2@protonmail.com

By: /s/ Roger White
Roger White, Pro Se Plaintiff
31633 202nd AVE SE
Kent, WA 98042

By: /s/ Killian White
Killian White, Pro Se Plaintiff
9361 W Pontiac Dr.
Peoria, AZ 85382
killiangagew@gmail.com

By: /s/ Damon White
Damon White, Pro Se Plaintiff
31633 202nd AVE SE
Kent, WA 98042
Damon.c.white@Gmail.com

STIPULATED MOTION FOR NEW DISCOVERY
MOTIONS DEADLINE AND ORDER SETTING
DISCOVERY DEADLINE
Case no. 2:23-cv-01761-JHC

**ORDER**

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that:

1. Discovery Motions shall be due by 11/19/2025.

2. All discovery motions filed after 10/22/2025 must be in relation to any dispute arising from the parties upcoming depositions.

ENTERED this 27th day of October, 2025.

_____
John H. Chun
United States District Judge