UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA WHITE, et al.

Plaintiffs,

vs.

KING COUNTY SHERIFF'S OFFICE, et al.

Defendants.

No. 2:23-cv-01761-JHC

**ORDER GRANTING STIPULATED MOTION FOR ORDER EXTENDING DISCOVERY DEADLINE LIMITED IN SCOPE RE: UPCOMING DEPOSITIONS ONLY**

THIS MATTER comes before the Court on the stipulation of the parties, Dkt. # 135, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that the deadline to conduct the depositions of Corey Marcotte, Erin Overbey, and Mitzi Johanknecht is extended to 12/16/2025. This order does not limit the timeliness of the delivery of any transcription of the depositions, which shall be provided when available and upon request after 12/16/2025.

IT IS SO ORDERED this 4th day of December, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1