UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE, et al.<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>KING COUNTY, TYLER HUNT in both his official and individual capacity, JEFFREY PETRENCHAK in both his official and individual capacity, ENRICO DONAGLIA, in both his official and individual capacity, STEVEN MINTERS, in both his official and individual capacity, and MITZI JOHANKNECHT, in both her official and individual capacity,<br>　　　　　　　　　　Defendants. | No. 2:23-cv-01761-JHC<br><br>ORDER |

　　Before the Court is the Parties' stipulated motion to continue the dispositive motions deadline. Dkt. # 140. The Court DENIES the motion. One or both parties may move for a trial continuance that would allow for approximately four months between the dispositive motions deadline and the trial date, which would be consistent with the Court's standard pretrial schedule.

　　DONE THIS 19th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　_John H. Chun_
　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER [2:23-CV-01761-JHC] - 1