UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>KING COUNTY SHERIFF'S OFFICE, et al. )<br>)<br>Defendants. )<br>)<br>) | No. 2:23-cv-01761-JHC<br><br>ORDER RE STIPULATED MOTION FOR AN ORDER CONTINUING TRIAL DATE AND RESET REMAINING PRE-TRIAL DEADLINES<br><br>*Noted for December 22, 2025.* |

### I. RELIEF REQUESTED

King County defendants, and plaintiffs, by and through the undersigned counsels, respectfully move the Court for entry of an order continuing the trial date, currently set to commence on April 20, 2026, to June 22, 2026, and to reset all remaining pre-trial deadlines. In support of the motion, the parties note that most depositions were only recently taken[1] and are awaiting the resulting transcripts. Additionally, there are pending motions in this case (See Dkts. 123 and 139). The parties have conferred and agreed, in light of the Court's ruling at Dkt. 141, that good cause exists to continue the trial date and all pending deadlines.

---

[1] Plaintiff Roger White has not attended his deposition. See Dkt. 139.
ORDER RE STIPULATED MOTION FOR AN ORDER CONTINUING
TRIAL DATE AND RESET REMAINING PRE-TRIAL DEADLINES
[No. 23-cv-01761-JHC] - 1

For the foregoing reasons, King County defendants and plaintiffs respectfully request the Court to grant this motion and continue the trial date and related dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Jury Trial Date** | **April 20, 2026** | **June 22, 2026** |
| All dispositive motions must be filed by and noted on the motion calendar pursuant to LCR 7(d) | December 22, 2025 | February 9, 2026 |
| All motions in limine must be filed by | March 9, 2026 | May 9, 2026 |
| Agreed pretrial order due | March 30, 2026 | May 25, 2026 |
| Deposition Designations due by | April 1, 2026 | May 27, 2026 |
| Pretrial Conference | April 6, 2026 at 1:30pm | June 1, 2026 |
| Trial briefs, proposed voir dire questions, Jury instructions, neutral statement of the case, and trial exhibits due | April 13, 2026 | June 15, 2026 |

IT IS SO STIPULATED on December 22, 2025.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: */s/ Santiago Viola Villanueva*
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
JOHN R. ZELDENRUST, WSBA #19797
Senior Deputy Prosecuting Attorneys
701 5th Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1120/Fax: (206) 296-0191
sviolavillanueva@kingcounty.gov
John.Zeldenrust@kingcounty.gov
***Attorneys for King County Defendants***

*I certify that this memorandum contains 250 words in compliance with Local Civil Rules.*

ORDER RE STIPULATED MOTION FOR AN ORDER CONTINUING
TRIAL DATE AND RESET REMAINING PRE-TRIAL DEADLINES
[No. 23-cv-01761-JHC] - 2

*e-signature affixed per email authorization 12.22.25*
By: */s/ Roger White*
ROGER WHITE, *Pro Se Plaintiff*
31633 202nd AVE SE
Kent, WA 98042

*e-signature affixed per email authorization 12.22.25*
By: */s/ Damon White*
DAMON WHITE, *Pro Se Plaintiff*
31633 202nd AVE SE
Kent, WA 98042
Damon.c.white@Gmail.com

*e-signature affixed per email authorization 12.22.25*
By: */s/ Killian White*
KILLIAN WHITE, *Pro Se Plaintiff*
9361 W Pontiac Dr.
Peoria, AZ 85382
killiangagew@gmail.com

*e-signature affixed per email authorization 12.22.25*
By: */s/ Melissa White*
Melissa White, *Pro Se Plaintiff*
31633 202nd AVE SE
Kent, WA 98042
mlwhite2@protonmail.com

## II.  ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, the Court ORDERS as follows:

Given the Court's trial calendar, the Court CONTINUES trial in this matter to September 21, 2026.  The Court DIRECTS the Clerk to issue a scheduling order that reflects the Court's standard pretrial schedule.

DONE THIS 23rd day of December, 2025.

_____
JOHN H. CHUN
United States District Judge