UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITE et al., | CASE NO. 2:23-cv-01761-JHC |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE et al., | |
| Defendants. | |

Before the Court is Roger White's Motion for Reconsideration.  Dkt. # 182.  Roger White asks the Court to reconsider or clarify the portions of the order at Dkt. # 177 that "require" him to appear for an oral deposition within 45 days.  *See generally* Dkt. # 182.  But the Court's Order at Dkt. # 177 does not "require" Roger White to appear for a deposition within 45 days: it provides that Roger White must appear for a deposition within 45 days *or else* Defendants are authorized to move for further sanctions.  Such a direction was included to avoid any undue surprise and to provide Plaintiffs with a final opportunity to avoid harsher sanctions.  It was not intended to create a new oral deposition requirement (or to spark a discussion about alternative methods to obtain discovery that should have been provided to Defendants via an oral deposition).  Accordingly, there is nothing for the Court to "reconsider," and so it DENIES the

ORDER - 1

Motion (Dkt. # 182).  It also STRIKES Roger White's Affidavit (Dkt. ## 182 at 11-13; 183) as extraneous.

Dated this 1st of June, 2026.

John H. Chun
United States District Judge

ORDER - 2