UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA WHITE ET AL.,

Plaintiffs,

v.

KING COUNTY SHERIFF'S OFFICE et al.,

Defendants.

CASE NO. 2:23-cv-01761-JHC

ORDER

Before the Court is "King County Defendants' Motion for Designation of Facts - Discovery Sanctions, FRCP 37." Dkt. # 187. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the record, and the governing law. Being fully advised, the Court FINDS and ORDERS as follows:

(1) The Court GRANTS Defendants sanctions against Roger White for the reasons set forth in Dkt. # 177. Under Rule 37, a court may direct that certain "designated facts be taken as established *for purposes of the action*, as the prevailing party claims[.]" Fed. R. Civ. P. 37(b)(2)(A) (emphasis added). A court may also prohibit "the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence[.]" *See id.* The Court may thus designate

certain facts against Roger White as established and/or prohibit Roger White from introducing contrary evidence in this action, even if those sanctions may ultimately make it more difficult for Plaintiffs to prevail on their claims.

(2) Facts Nos. 2-13[1] from Defendants' Motion at Dkt. # 187 will be treated by the Court as though Roger White admitted to them under oath at a deposition. Plaintiffs are prohibited from introducing any post-deposition date statement from Roger White that attempts to contradict these facts. Plaintiffs may, however, introduce statements from other individuals or evidence that does not concern Roger White that attempts to rebut these facts. For example, Plaintiffs may submit written or oral testimony from Melissa White that contradicts these facts.

(3) The parties are DIRECTED to meet and confer regarding new case deadlines and file a joint status report within 14 days of this Order. The Court notes that the new dispositive motion deadline should be at least 45 days from the date of this order, in accordance with the Court's Order at Dkt. # 177 and the stay that was in place while this discovery dispute was pending.

(4) The Clerk is DIRECTED to strike the noting date for the Motion at Dkt. # 170.

(5) The Clerk is DIRECTED to strike the filings at Dkt. ## 180, 191, & 184. The parties shall file their responses and replies to Plaintiff's Motion for Partial Summary Judgment (Dkt. # 170) in accordance with the joint status report and any related scheduling order that the Court may issue.

(6) The Clerk is DIRECTED to strike the filings at Dkt. ## 192 & 194. Such filings are improper surreplies that do not comply with the Local Rules.

[1] Fact # 1 addresses a legal conclusion and thus is beyond the scope of a proper Rule 37 motion to designate facts.

Dated this 23rd day of September, 2026.

John H. Chun
United States District Judge