UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE ET AL., Plaintiffs, v. KING COUNTY SHERIFF'S OFFICE et al., Defendants. | CASE NO. 2:23-cv-01761-JHC<br>ORDER |

This matter comes before the Court on Plaintiff Melissa White's "LCR 7(h) Motion to Reconsider the Court's Order Docket # 197." Dkt. # 199. The motion does not meet the standards for reconsideration in this district. *See* LCR 7(h)(1); *see also Munoz v. Locke*, 2013 WL 12177035, at *2 (W.D. Wash. Feb. 8, 2013). It also appears to rely on a misunderstanding of the Court's Order at Dkt. # 197, as well as a skewed understanding of how witness testimony can and does operate in a case where there are multiple fact witnesses. There is thus no basis to grant reconsideration, and so the Court DENIES the motion.

//

//

//

Dated this 30th day of September, 2026.

John H. Chun
United States District Judge